UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ULIOUS BROOKS, | Case No. 1:15-cv-812 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Stephanie K. Bowman |
| vs. | |
| SERGEANT MIKE DILLOW, | |
| Defendant. | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS (Doc. 38)**
**OF THE UNITED STATES MAGISTRATE JUDGE**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on May 16, 2016, submitted a Report and Recommendations ("R&R"). (Doc. 38). No objections were filed.[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

---

[1] After the submission of the R&R, Plaintiff made a number of filings. (*See* Docs. 40, 41, 42, 43, 46, and 47). Given the content of these filings, the Court does not believe they were intended to serve as objections. To the extent that they were, they are overruled because they fail to dispute any specific portion of the R&R. Plaintiff alleges that he did not receive an additional piece of mail—though he admits he eventually received the document contained therein from prison officials. (*See* Doc. 40). For the reasons set forth in the R&R (Doc. 38), this allegation is insufficient to warrant a temporary restraining order.

all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that the R&R (Doc. 31) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the foregoing reasons, Plaintiff's motion for a temporary restraining order (Doc. 9) is **DENIED**.

**IT IS SO ORDERED**.

Date: 6/13/16

Timothy S. Black
United States District Judge